Geoffrey S. Sheldon, Bar No. 185560
gsheldon@lcwlegal.com
T. Oliver Yee, Bar No. 237057
oyee@lcwlegal.com
Ann D. Wu, Bar No. 233764
awu@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 W. Century Boulevard, Suite 500
Los Angeles, CA  90045
Telephone:   (310) 981-2000
Facsimile:    (310) 337-0837

Attorneys for Defendant
COUNTY OF LOS ANGELES

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BENTLEY, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.  CV09-2063 RGK (CWx)<br><br>[Honorable R. Gary Klausner, Courtroom 850]<br><br>**JUDGMENT RE APPROVAL OF SETTLEMENT AND DISMISSAL WITH PREJUDICE** |

362595.1 LO140-290

[PROPOSED] JUDGMENT RE APPROVAL OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Court has carefully reviewed the concurrently filed Stipulation Re Approval of Settlement Agreement and Dismissal with Prejudice and the settlement agreement attached as Exhibit "A" to the Stipulation ("Settlement Agreement");

2. The Settlement Agreement, which is incorporated herein by reference, is approved as fair, reasonable and just in all aspects to Plaintiff Timothy Bentley and the Parties shall perform the Settlement Agreement in accordance with its terms;

2. The Court expressly reserves jurisdiction with respect to this action for the purposes of enforcing the Settlement Agreement; and,

3. This action is hereby dismissed in its entirety with prejudice.

Dated: December 11, 2009

_____
The Honorable R. Gary Klausner
Judge of the United States District Court